AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM CURTIS LEWIS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 121-115

RAY ODUM,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 1, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the petition filed pursuant to 28 U.S.C. § 2254 is dismissed without prejudice. The Court denies a Certificate of Appealability in this case. Petitioner is not entitled to appeal in forma pauperis, and this civil action stands closed.

February 1, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020